**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| EMILEE LEE,<br><br>          Plaintiff,<br><br>vs.<br><br>COUNTRYWIDE HOME LOANS, INC.; COUNTRYWIDE BANK, N.A.; RECONTRUST COMPANY; BANK OF AMERICA HOME LOANS, LLC, a division of Bank of America, N.A., a Delaware corporation, et al.,<br><br>          Defendants. | 2:10-CV-01827-PMP-LRL<br><br>**<u>ORDER</u>** |

      Before the Court for consideration is Defendants' Motion to Dismiss (Doc. #9), filed on October 27, 2010.  There being no timely Response filed to Defendants' Motion to Dismiss and good cause appearing,

      **IT IS ORDERED that** Defendants' Motion to Dismiss (Doc. #9) is **GRANTED**.

DATED:  November 15, 2010.

                                                         PHILIP M. PRO<br>                                                         United States District Judge