# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| EMILEE LEE, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> COUNTRYWIDE HOME LOANS, ) <br> INC.; COUNTRYWIDE BANK, N.A.; ) <br> RECONTRUST COMPANY; BANK ) <br> OF AMERICA HOME LOANS, LLC, ) <br> a division of Bank of America, N.A., a ) <br> Delaware corporation, et al., ) <br> ) <br> Defendants. ) <br> ) | 2:10-CV-01827-PMP-LRL <br><br> **ORDER** |

Before the Court for consideration is Plaintiff Emilee Lee's Motion to Set Aside Order of Dismissal (Doc. #16), filed on November 22, 2010, and there being no timely opposition filed thereto, and good cause appearing,

**IT IS ORDERED that** Plaintiff Emilee Lee's Motion to Set Aside Order of Dismissal (Doc. #16) is **GRANTED**.

DATED: December 28, 2010.

_____
PHILIP M. PRO
United States District Judge