UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| EMILEE LEE, | ) |
| Plaintiff, | ) 2:10-CV-01827-PMP-GWF |
| vs. | ) **ORDER** |
| COUNTRYWIDE HOME LOANS, INC., COUNTRYWIDE BANK, N.A., RECONTRUST COMPANY, BANK OF AMERICA HOME LOANS, LLC, A DIVISION OF BANK OF AMERICA, N.A., a Delaware Corporation, | ) |
| Defendant. | ) |

The Court having read and considered Plaintiff Lee's Motion to Remand to State District Court (Doc. #22), filed on January 6, 2011, and Defendant's Response in Opposition thereto (Doc. #28) filed January 21, 2011, and good cause appearing,

**IT IS ORDERED that** Plaintiff Emilee Lee's Motion to Remand to State District Court (Doc. #22) is **DENIED**.

DATED: February 14, 2011.

PHILIP M. PRO
United States District Judge