J. CHRISTOPHER JORGENSEN, ESQ.
State Bar No. 5382
LEWIS AND ROCA LLP
3993 Howard Hughes Pkwy., Ste. 600
Las Vegas, NV 89169
(702) 949-8200

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| EMILEE LEE, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTRYWIDE HOME LOANS, INC.; COUNTRYWIDE BANK, N.A.; RECONTRUST COMPANY; BANK OF AMERICA HOME LOANS, LLC, a division of Bank of America, N.A., a Delaware corporation; et al.,<br><br>Defendants. | Case: 2:10-cv-01827-PMP-LRL<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, through their respective counsel of record, that the above-captioned action be dismissed with prejudice, each party to bear its own fees and costs.

LEWIS AND ROCA LLP

_____
J. Christopher Jorgensen, Esq.
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169
Attorneys for Defendants
DATED: 8/18/11

DONN W. PROKOPIUS, CHTD.

*/s/ Donn W. Prokopius*
Donn W. Prokopius, Esq.
1321 Maryland Parkway
Las Vegas, NV 89104
Attorneys for Plaintiff
DATED: 8/18/11

**IT IS SO ORDERED**

_____
UNITED STATES DISTRICT JUDGE
DATED: August 18, 2011